ACCEPTED
01-15-00162-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/17/2015 7:42:05 PM
CHRISTOPHER PRINE
CLERK

# MILLSSHIRLEY L.L.P.

GEORGE W. VIE III
PARTNER
gvie@millsshirley.com
Direct Dial (409) 761-4032 or
(713) 571-4232

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/17/2015 7:42:05 PM

CHRISTOPHER A. PRINE
Clerk

April 17, 2015

Re:     Appeal No. 01-15-00162-CV; *Anthony J. Cann v. Hometown Bank, N.A.* – In the First
        Court of Appeals, Houston, Texas
                Trial Court No. 14CV0668

John D. Kinard, District Clerk
Galveston County Justice Center
600 59th Street, Room 4001
Galveston, TX 77551-2388

Dear Mr. Kinard:

In connection with the above-captioned appeal presently before the First Court of Appeals, appellee Hometown Bank, N.A. requests that you include the following material in a supplemental clerk's record for transmittal to the Court of Appeals on an expedited basis:

1.      Hometown Bank's Notice of Nonsuit as to its Claim for Conditional
        Appellate Attorney's Fees (filed April 17, 2015);

2.      This letter.

Please advise me immediately if you wish to have us make some financial arrangements at this time for inclusion of these documents in a supplemental record, or if you need any further information. Further, if additional cost is necessary to expedite the filing, please let me know and we will pay the additional financial cost.

By copy of this letter, the Court of Appeals and counsel of record are being notified of this

request.  Thank you for your assistance.

Sincerely,

*/s/ George W. Vie III*

GWV/kc
268878/101173.1.1

cc:

Christopher A. Prine, Clerk
First Court of Appeals
Harris County 1910 Courthouse
301 Fannin, Suite 208
Houston, TX 77002

John V. Mastriani
Christopher M. Thornhill
The Mastriani Law Firm
P.O. Box 460174
Houston, Texas 77056
*service@mastrianilaw.com*